















```
RYC    5/7/03    15:34
3:03-CR-01281   USA V. MOORE
*4*
*CRFTAPMO.*
```

Minutes of the United States District Court
Southern District of California
May 6, 2003

| HON. NAPOLEON A. JONES, JR. | DEPUTY CLERK: L. SMITH | COURT REPORTER: JOAN KING |
|---|---|---|

| 03CR1281-J | U.S.A. VS | EMMETT ELLSWORTH MOORE, JR. (1) (O/R) |
|---|---|---|
| ARRAIGNMENT, DISPOSITION & BAIL HRG | | FRANK RAGEN II, RTND. (1) |
| | | AUSA: STEVEN PEAK |

FIRST APPEARANCE OF THE DEFENDANT EMMETT ELLSWORTH MOORE, JR.
ATTORNEY FRANK RAGEN RETAINED AS COUNSEL OF RECORD.

COURT EXHIBIT 1 MARKED & FILED
INFORMATION/WAIVER OF INDICTMENT FILED
DFT' ARRAIGNED ON THE INFORMATION; GUILTY PLEA ENTERED TO CTS 1-14
__X__ REFERRED TO PROBATION FOR PRESENTENCE REPORT
__X__ PO REPORT AND SENT HRG SET FOR 1-22-04 AT 8:00 A.M.
$50,000 PS BOND SET
DFT' TO SUBMIT PASSPORT BY 5-13-03 CLOSE OF BUSINESS DAY