















BAR    5/19/03    15:26

3:03-CR-01281   USA V. MOORE

*11*

*CRDECL.*

**FRANK J. RAGEN Calif. Bar No. 054378**
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone No. (619) 231-4330
Facsimile No. (619) 239-0056

Attorney for Defendant
**EMMETT MOORE, JR.**

FILED

03 MAY 16 PH 2: 41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Napoleon A. Jones, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 03CR1281-J |
| Plaintiff, | **DECLARATION OF EMMETT MOORE, JR.** |
| vs. | |
| EMMETT MOORE, JR., | |
| Defendant. | |

I, EMMETT MOORE, JR., declare as follows:

1.      I have no guns in my possession.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Executed this _16th_ of May, 2003, in San Diego, California.

_____
EMMETT MOORE, JR.