USDC SCAN INDEX SHEET










KAJ    2/12/04    15:23
3:03-CR-01281    USA V. MOORE
*23*
*CRFO.*



FILED

FEB 1 2 2004

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03CR1281-J |
| Plaintiff, | ) | |
| | ) | PRELIMINARY ORDER OF |
| v. | ) | CRIMINAL FORFEITURE |
| | ) | |
| EMMETT ELLSWORTH MOORE, JR., | ) | |
| Defendant. | ) | |

WHEREAS, in the Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific property of the above-named defendant pursuant to 18 U.S.C. § 982 as property which was involved in defendant's violations of Title 18, United States Code, Sections 982(a)(1) and 1957 as charged in the Information; and

WHEREAS, on or about May 6, 2003, the above-named defendant, Emmett Ellsworth Moore, Jr. ("Defendant"), in his written plea agreement, admitted to the Criminal Forfeiture Allegation of the Information thereby forfeiting all of his right, title, and interest in $185,168.74, which constitutes the property involved in his violations of 18 U.S.C. § 1957 (Engaging in Monetary Transactions in Criminally-Derived Property).

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited property and the offense; and

WHEREAS, the Court's jurisdiction in this matter is founded upon 18 U.S.C. § 982(a)(1) which provides that the court, in imposing sentence on a person convicted of an offenses in



1 | violation of § 1957 of this title, shall order that the person forfeit to the United States any property,
2 | real or personal, involved in such offense, or any property traceable to such property;
3 |     WHEREAS, according to the pertinent statutes, and Rule 32.2(b) of the Federal Rules of
4 | Criminal Procedure, the Court must enter a money judgment of forfeiture against defendant and
5 | in favor of the United States in the amount of $185,168.74, as that is the amount of money involved
6 | in defendant's felony violations of 18 U.S.C. §§ 1957 and 2; and
7 |     WHEREAS, pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, the Court
8 | may now approve the entry of the Preliminary Order of Criminal Forfeiture after conviction, but
9 | prior to sentencing; and
10 |     WHEREAS, pursuant to Rule 32.2(b)(3), the United States may be granted the authority
11 | to conduct discovery for the purpose of identifying and locating property to satisfy the money
12 | judgment of forfeiture; and
13 |     WHEREAS, pursuant to Rule 32.2(c)(1) the court shall conduct an ancillary proceeding to
14 | determine the rights of any third parties asserting in interest in the forfeited property but **"no**
15 | **ancillary proceeding is required to the extent that the forfeiture consists of a money**
16 | **judgment"** against defendant.
17 |     WHEREAS, that on _Feb. 2_, 2004 United States having submitted the
18 | Application and Order herein to defendant through his attorney of record, to review, and defense
19 | counsel contacted government counsel on _Feb. 11_, 2004 and stated he had no
20 | objections to the timing and form of the order;
21 |     Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
22 |     1.    The entry of the Preliminary Order of Criminal Forfeiture is hereby granted;
23 |     2    Defendant hereby forfeits to the United States all right, title and interest in
24 | $185,168.74, consisting of the property involved in his violations of 18 U.S.C. § 1957, pursuant
25 | to 18 U.S.C. § 982(a)(1);
26 |     3.    The Court hereby enters a Money Judgment of Forfeiture against defendant, Emmett
27 | Ellsworth Moore, Jr., in favor of the United States in the amount of $185,168.74;
28 |

4. The United States is granted the authority to conduct discovery for the purpose of identifying and locating property to satisfy the money judgment of forfeiture;

5. The court finds that under the circumstances of this case, because the forfeiture is in the form of a Money Judgment of Forfeiture, at the date of sentencing this court will enter a final Money Judgment of Forfeiture in the amount of $185,168.74 against defendant.

DATED: 2-12-04.

*[signature]*
NAPOLEON A. JONES, JR
United States District Judge

Submitted by:

CAROL C. LAM
United States Attorney

*[signature]*
STEVEN A. PEAK
Assistant U.S. Attorney