USDC SCAN INDEX SHEET

















KAJ    2/13/04    9:05

3:03-CR-01281   USA V. MOORE

*24*

*CRMO.*



**Minutes of the United States District Court**

**Southern District of California**

**Thursday, February 12, 2004**

2003CR01281-J

**For the Honorable:   Napoleon A. Jones, Jr.   District Judge**

**Deputy Clerk:   Lori Hernandez   Court Reporter/ECR:   Joan King**

On Calendar:

2003CR01281-J

USA vs.

(1)EMMETT ELLSWORTH MOORE, JR (R)
   P CTS 1-14

Lang Booking #
ENG 85967198   (1) Frank J. Ragen, II  RET
                  619 231-4330
                  **Steven Allen Peak  AUSA**
                  619 557-5610

PO REPORT AND SENTENCING  (1)

Minutes:

USPO: JAIME DELGADO

---

PO REPORT AND SENTENCING HEARING HELD.
(21-1) for downward departure - GRANTED IN PART/DENIED IN PART

CTS 2, 8 THRU 13: CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 33 MONTHS; CONCURRENT
AS TO EACH COUNT,
CTS 1, 3 THRU 7: CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 33 MONTHS; CONCURRENT
WITH ALL COUNTS,
CT 14: CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 12 MONTHS; CONCURRENT WITH ALL
COUNTS.
SUPERVISED RELEASE FOR A TERM OF 3 YEARS AS TO CTS 1-13; CONCURRENT AS TO EACH
COUNT, AND 1 YEAR AS TO CT 14; CONCURRENT WITH ALL COUNTS.
PENALTY ASSESSMENT: CTS 1 THRU 13 - $100.00 AS TO EACH COUNT,
CT 14 - $25.00, FOR A TOTAL OF $1,325.00
FINE WAIVED
RESTITUTION: $392,200.61 (SEE PAYMENT INSTRUCTIONS ON JUDGMENT & COMMITTMENT)

(21-2) for boot camp recommendation - GRANTED, COURT RECOMMENDS PLACEMENT IN A BOOT
CAMP PROGRAM.
DEFT TO SELF-SURR AND BOND HRG RE BOND EXON SET FOR  03/15/04 AT 8:00AM

ORDER FOR PRELIMINARY FORFEITURE FILED.
CT DIRECTS THE FORFEITURE MONIES OFFSET THE RESTITUTION TO THE VICTIMS.