USDC SCAN INDEX SHEET










KAJ     8/19/04     8:01
3:03-CR-01281    USA V. MOORE
*33*
*CRNTC.*

CAROL C. LAM
United States Attorney
MARY C. LUNDBERG
Assistant U. S. Attorney
California State Bar No. 120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6759

Attorneys for Plaintiff
United States of America

FILE
04 AUG 18 PM 4:11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Court No. 03CR1281-J |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | TERMINATION OF GARNISHMENT |
| EMMETT ELLSWORTH MOORE, JR., | ) | |
| Defendant. | ) | |

On request of the United States, the writ of garnishment previously issued by this court on July 27, 2004 and directed to garnishee, UNION BANK OF CALIFORNIA, is hereby terminated.

DATED: 8-18-04

W. SAMUEL HAMRICK, JR.
Clerk, U.S. District Court

By: Deputy Clerk

33

CR

COPY

1  CAROL C. LAM
   United States Attorney
2  MARY C. LUNDBERG
   Asst. U.S. Attorney
3  California State Bar No. 120630
   Office of U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-6759
6
7  Attorneys for Plaintiff
   United States of America

| Post-It® Fax Note 7671 | Date | # of pages ▶ |
|---|---|---|
| To CAROLEE KNESS | From | |
| Co./Dept. | Co. UNION BANK | |
| Phone # (615) 557-7118 | Phone # | |
| Fax # (615) 557-5401 | Fax # | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 03CR1281-J |
| Plaintiff, ) | **ANSWER OF GARNISHEE** |
| v. ) | |
| EMMETT ELLSWORTH MOORE, JR., ) | |
| Defendant and ) Judgment Debtor, ) | |
| UNION BANK OF CALIFORNIA, ) | |
| Garnishee. ) | |

I, **CASSANDRA D. COOPER**, declare:

1. I am the garnishee, or a partner of the garnishee, or an authorized officer of the garnishee.

2. On **Aug. 9**, 2004, the garnishee received the Writ of Continuing Garnishment.

3. The garnishing has custody control or possession of the following property in which the judgment debtor has an interest.

   a. Money in the sum of $ **18,518.58**

MCL:2004Z00250/001:ckk

BANK'S COPY

4. The following prior garnishments against the judgment debtor are presently in effect: N/A

5. If you as garnishee deny that you hold any earnings that is subject to the Writ of Continuing Garnishment, check the applicable line below:

✓ The garnishee has the following objections, defenses, or set-offs to the right of the United States to garnish the judgment debtor's earnings, money or property:

ARE HOLDING 3RD PARTY ASSET IN THE AMOUNT OF $14,682.55

_____ The garnishee was at the time of service not indebted to the judgment debtor; and garnishee did not have possession or control of any money or property belonging to the judgment debtor.

6. The garnishee is filing this Answer of Garnishee in the office of the Clerk of the U.S. District Court at:

Clerk of the Court
880 Front Street, Suite 4292
San Diego, California 92101-8800

7. The garnishee also mailed a copy of this Answer of Garnishee by first class mail to:

a. The Defendant/Judgment Debtor:
Name: Emmett E. Moore
Address: 1613 Linda Sue Ln
Encinitas, CA 92024-2427

b. The attorney for the United States:
Office of U.S. Attorney
ATTENTION: COLLECTIONS UNIT
Federal Office Building
880 Front Street
Room 6293
San Diego, California 92101-8893

5

BANK'S COPY

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: AUG 17 2004

UNION BANK OF CALIFORNIA
Name of Garnishee (Printed)

By: *CLCooper* (Signature)

CASSANDRA D. COOPER
(Printed)

Legal Rep.
Title
(415) 765-2479

---

*Name of third party*
Katy Meyers –1613 Linda Sue Ln
Encinitas, CA 92024-2427

6

BANK'S COPY