USDC SCAN INDEX SHEET

















KAJ    8/20/04    9:54

3:03-CR-01281   USA V. MOORE

*34*

*CRNTC.*

ORIGINAL

1 | CAROL C. LAM
United States Attorney
2 | MARY C. LUNDBERG
Asst. U.S. Attorney
3 | California State Bar No. 120630
Office of U.S. Attorney
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101-8893
Telephone: (619) 557-6759
6
Attorneys for Plaintiff
7 | United States of America

FILED

04 AUG 19 PM 4: 22

CLERK, U.S. DISTRICT C
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

.8

9

10

11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,          )    No. 03CR1281-J
                                    )
13 |               Plaintiff,          )    **ANSWER OF GARNISHEE**
                                    )
14 |      v.                          )
                                    )
15 | EMMETT ELLSWORTH MOORE, JR.,     )
                                    )
16 |                                 )
               Defendant and         )
17 |           Judgment Debtor,       )
                                    )
18 | UNION BANK OF CALIFORNIA ,       )
                                    )
19 |                                 )
               Garnishee.            )
20 | _____ )

21 | I, CASSANDRA D. COOPER _____, declare:

22 |     1.    I am the garnishee, or a partner of the garnishee, or an authorized officer of the garnishee.

23 |     2.    On Aug. 9 _____, 2004, the garnishee received the Writ of Continuing

24 | Garnishment.

25 |     3.    The garnishing has custody control or possession of the following property in which the

26 | judgment debtor has an interest.

27 |     a.    Money in the sum of $ 18,518.58

28 | MCL:2004Z00250/001:ckk

34

4.    The following prior garnishments against the judgment debtor are presently in effect:_____N/A_____

_____

5.    If you as garnishee deny that you hold any earnings that is subject to the Writ of Continuing Garnishment, check the applicable line below:

___✓___        The garnishee has the following objections, defenses, or set-offs to the right of the United States to garnish the judgment debtor's earnings, money or property:

WE ARE HOLDING 3RD PARTY ASSET IN

THE AMOUNT OF $__14,682.55_____

_____

_____        The garnishee was at the time of service not indebted to the judgment debtor; and garnishee did not have possession or control of any money or property belonging to the judgment debtor.

6.    The garnishee is filing this Answer of Garnishee in the office of the Clerk of the U.S. District Court at:

Clerk of the Court
880 Front Street, Suite 4292
San Diego, California 92101-8800

7.    The garnishee also mailed a copy of this Answer of Garnishee by first class mail to:

a.    The Defendant/Judgment Debtor:

Name: Emmett E. Moore

Address: 1613 Linda Sue Ln

Encinitas, CA 92024-2437

b.    The attorney for the United States:

Office of U.S. Attorney
ATTENTION: COLLECTIONS UNIT
Federal Office Building
880 Front Street
Room 6293
San Diego, California 92101-8893

5

8.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: AUG 17 2004
_____

UNION BANK OF CALIFORNIA
Name of Garnishee (Printed)

By:    C﹍ cooper
       (Signature)

CASSANDRA D. COOPER
_____
(Printed)

Legal Rep.
_____
Title

(415) 765-2479

*Name of third party*
Katy Meyers --1613 Linda Sue Ln
Encinitas, CA  92024-2427

6