USDC SCAN INDEX SHEET










CAG   7/26/05   9:04

3:03-CR-01281   USA V. MOORE

*35*

*CRO.*

FILED

05 JUL 20 PM 2: 13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA  03CR1281

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03CR1666-J |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER UNSEALING COOPERATION |
| v. | ) | ADDENDA TO PLEA AGREEMENTS |
| | ) | AND DISCLOSING CERTAIN GRAND JURY |
| LINDA SELICK YORK (2) | ) | MATERIAL UNDER RULE 6(e) |
| FRANCINE BERGMAN (3), | ) | |
| | ) | |
| Defendants. | ) | |

On the Government's *Ex Parte* Motion for an order (1) unsealing the cooperation addenda to the plea agreements of the cooperating defendants in this and related cases so that the Government may comply with its Brady/Giglio obligations in advance of the August 30, 2005 trial of the above-captioned case (hereinafter "this case"), and (2) permitting disclosure, pursuant to Fed. R. Crim. P. 6(e)(3)(C), preliminarily to or in connection with the August 30, 2005 trial, of grand jury testimony and documents produced to the grand jury or its agents that may be relevant to the charges in this case, and for good cause shown:

1. IT IS HEREBY ORDERED that the cooperation addenda to the plea agreements of the below-listed defendants are and shall be unsealed for purposes of the Government's compliance with its discovery obligations in advance of trial in this case.

   a.   Defendants Mark D. McClafferty (1) and Randolph Scott Ross (4) in this case.

Government's Ex Parte Motion to Unseal
Cooperation Addenda and for Rule 6(e)
Disclosure Order and Order Thereon       35⁴       03CR1666-J

1  b. Defendants Joel Alan Fein (1), Timothy McNeill Hazzard (2), Grace Na (3) and Bill Wayne Whitely (4) in <u>United States v. Joel Alan Fein, et al.</u>, Criminal Case No. 03CR1011-J.

   c. Defendant Susan Marie Hogan in <u>United States v. Susan Marie Hogan</u>, Criminal Case No. 03CR1217-J.

   d. Defendant Emmett Ellsworth Moore, Jr., in <u>United States v. Emmett Ellsworth Moore, Jr.</u>, Criminal Case No. 03CR1281-J.

2. IT IS FURTHER ORDERED that the Clerk of Court shall file a copy of this Order in the court file in Criminal Case Nos. 03CR1011-J, 03CR1217-J and 03CR1217-J. [handwritten: 03CR1281]

3. IT IS FURTHER ORDERED that the United States may disclose to defense counsel for defendants YORK (2) and BERGMAN (3) grand jury transcripts of its prospective trial witnesses and documents obtained pursuant to grand jury subpoena as may be required under Fed. R. Crim. P. 16, the Jencks Act as codified in Fed. R. Crim. P. 26.2, and <u>Brady/Giglio</u>.

4. IT IS FURTHER ORDERED that all parties in this case may disclose grand jury testimony and documents to their prospective witnesses for trial

5. IT IS FURTHER ORDERED that all parties in this case may disclose grand jury documents and transcripts to experts, consultants, contractors, subcontractors and agents, including professional graphics and litigation support personnel, who will be assisting in said counsels' preparation for trial.

**IT IS SO ORDERED.**

Dated: 7/19/05

NAPOLEON A. JONES, JR.
United States District Judge

Government's Ex Parte Motion to Unseal
Cooperation Addenda and for Rule 6(e)
Disclosure Order and Order Thereon   5   03CR1666-J