LAURA E. DUFFY
United States Attorney
LEAH R. BUSSELL
Assistant U. S. Attorney
California State Bar No. 141400
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6962 (619) 557-5401(Fax)
Email: Leah.Bussell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Court No. 03CR1281-J |
| Plaintiff, ) | |
| v. ) | DECLARATION AND REQUEST FOR ORDER FOR APPEARANCE |
| EMMETT ELLSWORTH MOORE, ) | OF JUDGMENT DEBTOR |
| Defendant and ) | |
| Judgment Debtor. ) | DATE: June 22, 2011 |
| | TIME: 10:00 a.m. |

I, Leah R. Bussell, say:

I am an Assistant United States Attorney and one of the attorneys for plaintiff, United States of America. Judgment was entered on February 12, 2004, for plaintiff against judgment debtor for a total of $392,200.61. The judgment debtor resides within the jurisdiction of this court. The judgment has not been satisfied, vacated, reversed, or barred by the statute of limitations, and is one on which execution may be issued. The judgment remains unpaid, and there is now due and owing on it $297,661.01 plus accruing interest.

/ / /

/ / /

/ / /

The judgment debtor has not been examined within the last four months, and has not filed a bond to stay execution on appeal.

I declare under the penalty of perjury that the foregoing is true.

DATED: May 4, 2011

          LAURA E. DUFFY
          United States Attorney

          s/Leah R. Bussell
          LEAH R. BUSSELL
          Assistant U. S. Attorney
          Attorneys for Plaintiff
          United States of America
          Email: Leah.Bussell@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMMETT ELLSWORTH MOORE, ) <br> ) <br> Defendant. ) <br> ) | Court No. 03CR1281-J <br><br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Leah R. Bussell, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Declaration and Request For Appearance of Judgment Debtor on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

N/A

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Emmett Ellsworth . Moore
1613 Linda Sue Lane
Encinitas, CA 92024

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2011.

                                                    s/Leah R. Bussell
                                                  LEAH R. BUSSELL