**FILED**
MAY - 5 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) <br> ) <br> Plaintiff,   ) <br> ) <br> v.   ) <br> ) <br> EMMETT ELLSWORTH MOORE  ) <br> ) <br> Defendant and   ) <br> Judgment Debtor.   ) <br> _____) | Court No. 03CR1281-J <br><br> ORDER FOR APPEARANCE <br> OF JUDGMENT DEBTOR <br><br> DATE: June 22, 2011 <br> TIME: 10:00 a.m. |

TO THE JUDGMENT DEBTOR:

Based on the foregoing declaration, it appears that this is a proper case for your appearance. Therefore, on application of plaintiff,

I ORDER YOU to appear in U. S. District Court, in the courtroom of Magistrate Judge Cathy A. Bencivengo, at 940 Front Street, San Diego, California, on June 22, 2011, at 10:00 a.m., and answer concerning your property before the United States Magistrate Judge appointed referee to conduct the examination, and bring copies of your latest federal and state tax returns.

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | NOTICE TO JUDGMENT DEBTOR |

IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING. Cal. Civ. § 708.110.

DATED: 5/5/11

_____
United States Magistrate Judge