# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 03CR1281-J |
| **DEFENDANT** EMMETT ELLSWORTH EDIT. MOORE | **TYPE OF PROCESS** SERVICE OF SUBPOENA |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Emmett Ellsworth Moore

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
1613 Linda Sue Lane, Encinitas, CA 92024

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

LEAH R. BUSSELL, Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please Serve Emmett Ellsworth Moore with the attached Subpoena. If you have questions, contact Claudia Vazquez at (619) 557-5730

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
LEAH R. BUSSELL, AUSA
TELEPHONE NUMBER: (619) 557-5730
DATE: 5/4/11

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk P. Smith | Date 5-4-11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4 MAY 2011
Time: 0851 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:



**U.S. Department of Justice**

**LAURA E. DUFFY**
United States Attorney
Southern District of California

| | |
|---|---|
| *LEAH R. BUSSELL* | *(619) 557-6962* |
| *Assistant United States Attorney* | *Fax (619) 557-5401* |

| | |
|---|---|
| *San Diego County Office* | *Imperial County Office* |
| *Federal Office Building* | *516 Industry Way* |
| *880 Front Street, Room 6293* | *Suite C* |
| *San Diego, California 92101-8893* | *Imperial, CA 92231* |

May 3, 2011

Emmett Ellsworth Moore
1613 Linda Sue Lane
Encinitas, CA 92024

    RE: United States v. Emmett Ellsworth Moore
        Court No. 03CR1281-J; CDCS: 2004A35789

## NOTICE

    The attached subpoena is being issued pursuant to the Federal Debt Collection Procedures Act. This Act allows the United States in pursuit of the collection of a debt to issue a Rule 45 subpoena nationwide. The statute may be found at 28 U.S.C. § 3004(b).

    Additionally, the United States is not required to comply with the Right to Financial Privacy Act when it is seeking information regarding a named party to litigation. See 12 U.S.C. § 3413(e).

    If you should have any questions regarding the attached, you must contact the person listed on the subpoena at the phone number provided prior to the deadline.

Very truly yours,

LAURA E. DUFFY
United States Attorney

CLAUDIA VAZQUEZ
Financial Specialist

# United States District Court

SOUTHERN **DISTRICT OF** CALIFORNIA

UNITED STATES OF AMERICA

v.

EMMETT ELLSWORTH MOORE

**SUBPOENA DUCES TECUM**

CASE NUMBER: 03CR1281-J

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☐ CIVIL   ☐ CRIMINAL | ☐ PERSON   ☒ DOCUMENT(S) or OBJECT(S) |

TO: Emmett Ellsworth Moore
1613 Linda Sue Lane
Encinitas, CA 92024

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Attorney's Office<br>Financial Litigation Unit/Collections Unit<br>880 Front Street, Room 6293<br>San Diego, CA 92101 | Financial Litigation Unit/#5285 |
| | DATE AND TIME |
| | June 3, 2011 |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

PRODUCE ITEMS LISTED ON ATTACHED "EXHIBIT A". IN LIEU OF PRODUCING DOCUMENTS IN PERSON, PLEASE MAIL DOCUMENTS TO CLAUDIA VAZQUEZ AT THE ADDRESS LISTED BELOW. FOR CLARIFICATION MS. VAZQUEZ MAY BE REACHED AT (619) 557-5730.

☐ See additional information on reverse

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| W. SAMUEL HAMRICK, Clerk of the Court | May 3, 2011 |
| (BY) DEPUTY CLERK  *[signature]*  Y. BARAJAS | |

This subpoena is issued upon application of the:

☐ Plaintiff   ☐ Defendant   ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:
LEAH R. BUSSELL, Assistant U.S. Attorney
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

*If not applicable, enter "none".   To be used in lieu of AO89   FORM OBD-226 JAN. 86

# EXHIBIT A

Any and all records involving:

Name: Emmett Ellsworth Moore
SS#: 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
Date of Birth: 11/8/1969

Subpeona for all financial records including tax returns including but not limited to:

1) Applications for credit or otherwise
2) Checks payable to or from (both front and back) **for the past 12 months**
3) Correspondence relating to loans or property
4) Payment agreements
6) Loan documentation
7) Deposit accounts
8) Stocks, bonds, safety deposit boxes
9) Any and all business transactions with you whether it be local, national or international
10) Any and all payments, gifts over $250 in value, and other property transfers received from or given to Emmett Ellsworth Moore or on his behalf.
11) For each bank account, in any name whether foreign or domestic, over which Emmett Ellsworth Moore had signature or other authority, either directly or through nominee, agents, power of attorney, letters of direction, or any device whatsoever, for the past 12 months preceding the date of this subpoena, produce all records in your possession, custody or control or to which you have any right of access, including but not limited to:

    a. Account Applications
    b. Loan Applications
    c. Promissory Notes
    d. Letters of Credit
    e. Passbooks
    f. Certificates of Deposit
    g. Monthly Bank Statements
    h. Cancelled Checks
    i. Check Registers
    j. Credit and Debit Memo advices
    k. Wire Transfer Authorizations
    l. Duplicate Deposit Slips and Deposited Items
    m. Cashiers Checks
    n. Money Orders
    o. Safe Deposit Box rental Agreements
    p. Safe Deposit Box Visitation Ledgers

q. All correspondence, including but not limited to, letters, memoranda, telegrams, telexes, e-mail, and letters of instruction.

r. Memorandum files maintained by the bank or other financial institution or any of their officers or employees, reflecting communications between the bank and you or others acting on your behalf and documenting actions taken pursuant to directions received from you or on your behalf; and reflecting any thoughts or decisions of the bank or its employees or officers regarding the account.

12) For each Certificate of Deposit, Time Deposit, or equivalent account at domestic or foreign financial institutions over which Emmett Ellsworth Moore had signature authority or other authority, either directly or through nominees, agents, powers of attorney, letters of direction, or any device, whatsoever, and which was in existence at any time during the past 12 months preceding the date of this subpoena, produce copies of all statements of certificate of deposit or other records reflecting the purchase or redemption of the certificate, earnings of interest, or other disposition of the certificate. In addition, provide documents verifying the origin of all funds used to open these accounts or deposited to these accounts at any time.

13) For each loan to Emmett Ellsworth Moore made or considered by your bank during the past 12 months preceding the date of this subpoena, providing all documents evidencing the terms and performance of the transaction, including, but not limited to:

    a. Loan Applications
    b. Loan Agreements and Contracts
    c. Loan Amortization Schedules
    d. Promissory Notes
    e. Grant Deeds, Deeds of Trust, Mortgages, or other security
    f. Records of receipt or payment of Principal and Interest